UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA GOEKE, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:14-cv-00806-SMY-DGW<br>)<br>) |
| REVOLUTION LABORATORIES L.L.C. et al., | )<br>)<br>) |
| Defendants. | ) |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
OF DEFENDANTS JOSHUA NUSSBAUM, BARRY NUSSBAUM,
TERRY MONCADA, L.R. NEVADA INVESTMENTS LLC,
LR NEVADA INVESTMENTS-JC MANAGEMENT LLC, and
LR NEVADA INVESTMENTS-MP MANAGEMENT LLC**

Plaintiffs Rhonda Goeke, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(i) and voluntarily dismisses without prejudice this action against the following Defendants:

Joshua Nussbaum;

Barry Nussbaum;

Terry Moncada;

L.R. Nevada Investments LLC;

LR Nevada Investments-JC Management LLC; and

LR Nevada Investments-MP Management LLC.

| | |
|---|---|
| Dated: October 9, 2014 | Respectfully submitted,<br><br>s/ Matthew H. Armstrong<br><br>Matthew H. Armstrong (ARDC 6226591)<br>ARMSTRONG LAW FIRM LLC<br>8816 Manchester Rd., No. 109 |

1

St. Louis MO 63144
Tel:   314-258-0212
Email: matt@mattarmstronglaw.com

David C. Nelson
NELSON & NELSON P.C.
420 North High Street
Belleville IL 62220
Tel:   618-277-4000
Email: dnelson@nelsonlawpc.com

Attorneys for Plaintiff and the Putative Class

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

/s/ Matthew H. Armstrong