# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RHONDA GOEKE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 3:14-cv-00806-SMY-DGW |
| v. | ) ) |
| REVOLUTION LABORATORIES L.L.C. et al., | ) ) ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Come now the parties, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and stipulate to dismiss with prejudice Plaintiff's claims against all Defendants. All parties are to bear their own attorneys' fees and costs unless other wise agreed.

Dated: August 13, 2015            Respectfully submitted,

/s/ Matthew H. Armstrong
Matthew H. Armstrong (ARDC 6226591)
ARMSTRONG LAW FIRM LLC
8816 Manchester Rd., No. 109
St. Louis MO 63144
Tel:    314-258-0212
Email: matt@mattarmstronglaw.com

Attorneys for Plaintiff

/s/ Ari N. Rothman (w/consent)
Ari N. Rothman
VENABLE LLP
575 7th Street, NW
Washington DC 20004
Tel:    202-344-4000
Email: arothman@venable.com

Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on August 13, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which electronically delivered a copy of the same to all counsel of record.

                                        /s/ Matthew H. Armstrong